(91 South. 922)

Ex parte HOME INS. CO. OF NEW YORK. In re COBBS, Treasurer of the Home Insurance Company of New York. (3 Div. 532.) (Supreme Court of Alabama. Oct. 20, 1921. Rehearing Denied Nov. 24, 1921.) Steiner, Crum & Weil, of Montgomery, for appellant. Ludlow Elmore, of Montgomery, for appellee.

SOMERVILLE, J. Application of the Home Insurance Company of New York for certiorari to the Court of Appeals to review and revise the judgment of said court reversing and remanding the appeal of J. Lewis Cobbs, Treasurer, 18 Ala. App. 206, 91 South. 627. Writ denied.

ANDERSON, C. J., and McCLELLAN and THOMAS, JJ., concur.

---

(91 South. 923)

HUBBARD v. LUMBERMAN MOTOR TRUCK CO. (6 Div. 590.) (Supreme Court of Alabama. Nov. 29, 1921.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. R. H. Wright, of Tuscaloosa, for appellant. H. A. & D. K. Jones, of Tuscaloosa, for appellee.

PER CURIAM. Appeal dismissed on motion of appellee.

---

(92 South. 920)

KNOX v. STATE. (6 Div. 616.) (Supreme Court of Alabama. April 13, 1922.) Certiorari to Court of Appeals. Beddow & Oberdorfer, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

THOMAS, J. Petition of W. H. Knox for certiorari to the Court of Appeals to review and revise the judgment of said court affirming the appeal in W. H. Knox v. State of Alabama, 18 Ala. App. 358, 92 South. 206. Writ denied.

ANDERSON, C. J., and McCLELLAN and SOMERVILLE, JJ., concur.

---

(91 South. 923)

LACEY v. HOFMAN. (6 Div. 523.) (Supreme Court of Alabama. Dec. 1, 1921.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge. Aird & Aird, of Birmingham, for appellant. Ritter & Wynn, of Birmingham, for appellee.

PER CURIAM. Affirmed on certificate.

---

(92 South. 920)

Ex parte LAMINACK. (7 Div. 305.) (Supreme Court of Alabama. April 27, 1922.) Certiorari to Court of Appeals. Tate & Logan, of Anniston, and M. J. Head, of Tallapoosa, for appellant. Harwell G. Davis, Atty. Gen., for the State.

MILLER, J. Petition of Dewey Laminack for certiorari to the Court of Appeals to review and revise the judgment of said court

affirming the appeal in Dewey Laminack v. State, 18 Ala. App. 399, 92 South. 502. Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

---

(92 South. 920)

LANDERS v. WATTS. (7 Div. 200.) (Supreme Court of Alabama. Jan. 10, 1922.) Appeal from Circuit Court, Randolph County; S. L. Brewer, Judge. Walker & Ware, of Roanoke, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(92 South. 920)

LEVENE v. STATE. (1 Div. 233.) (Supreme Court of Alabama. Jan. 21, 1922. Rehearing Overruled April 27, 1922.) Certiorari to Court of Appeals. Edward J. Grove, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Petition of Frank J. Levene for certiorari to the Court of Appeals to review and revise the judgment of said court rendered in the case of Frank J. Levene v. State of Alabama, 92 South. 925. Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.

---

(91 South. 923)

LINDSEY LONG COAL & IRON CO. v. AQUILANO et al. (6 Div. 283.) (Supreme Court of Alabama. Nov. 29, 1921.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge. R. J. McClure and J. D. McGaughey, both of Birmingham, for appellant. J. S. Kennedy, of Birmingham, for appellees.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(92 South. 920)

LONG v. NASHVILLE, C. & ST. L. RY. CO. (8 Div. 346.) (Supreme Court of Alabama. Jan. 31, 1922.) Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge. Spragins & Speake, of Huntsville, for appellee.

PER CURIAM. Appeal dismissed by appellant.

---

(92 South. 920)

McADAMS v. ELTING et al. (8 Div. 358.) (Supreme Court of Alabama. Jan. 31, 1922.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge. Bradshaw & Sims, of Florence, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.